No. 95–641. THREE SISTERS SPORTSWEAR CO. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied.

No. 95–642. FRIEND *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–673. WILSON, GOVERNOR OF CALIFORNIA, ET AL. *v.* VOTING RIGHTS COALITION ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–712. LASALLE BANK LAKE VIEW *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–790. SOUTHMARK CORP. *v.* MARLEY. C. A. 5th Cir. Certiorari denied.

No. 95–791. HESTER ET UX., INDIVIDUALLY, AND HESTER, AS EXECUTRIX OF THE ESTATE OF HESTER, DECEASED *v.* CSX TRANSPORTATION, INC. C. A. 5th Cir. Certiorari denied.

No. 95–798. WAITE, PERSONAL REPRESENTATIVE OF THE ESTATE OF WAITE, DECEASED *v.* CARPENTER ET AL. Ct. App. Neb. Certiorari denied.

No. 95–805. CHASE PACKAGING CORP. *v.* SUPER SACK MANUFACTURING CORP. C. A. Fed. Cir. Certiorari denied.

No. 95–810. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION *v.* SHERMAN. C. A. 5th Cir. Certiorari denied.

No. 95–819. PAPA *v.* NASSAU COUNTY DEPARTMENT OF SOCIAL SERVICES. Ct. App. N. Y. Certiorari denied.

No. 95–820. KNOLL ET AL. *v.* ELIZABETH BLACKWELL HEALTH CENTER FOR WOMEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–822. COSSEY *v.* LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.